

# VIRGINIA & AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor<br>
New York, New York 10004<br>
Telephone: (212) 943-9080<br>
Facsimile:  (212) 943-9082<br>
<br>
**Adrianna R. Grancio**<br>
Associate<br>
agrancio@vandallp.com

June 30, 2022

**VIA ECF**
Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Trustees of the Plumbers Local Union No. 1 Welfare Fund, et al. v. Prestige Plumbing & Heating, Inc., 20 CV 5466 (AMD)(RER)*

Dear Judge Reyes:

    This firm represents the Plaintiffs in the above-captioned matter. We write jointly with counsel for Defendant Prestige Plumbing & Heating, Inc. ("Prestige" or "Defendant"), pursuant to Your Honor's May 24, 2022 Order directing the parties to submit a joint status report no later than July 1, 2022. *See* Dkt. *generally*.

    Since the last status conference, the parties reached an agreement-in principle which would resolve the instant action in its entirety. The proposed settlement was presented to the Trustees on June 16, 2022 and was approved. On that same date, Plaintiffs transmitted a draft settlement agreement to Defendant for review and execution. On June 21, 2022, Defendant provided Plaintiffs with proposed revision to the settlement agreement. On that date, Plaintiffs approved of the revisions and requested that the agreement be finalized for execution.  On June 29, 2022, Plaintiffs requested that Defendant provide an update on the status of the executed settlement agreement. Counsel for Defendant stated that he was still waiting for his client's approval of the settlement language.

    The parties have every confidence that they will have a fully executed agreement within the next two weeks.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,<br>
/s/<br>
Adrianna R. Grancio, Esq.

1



*Attorneys for Plaintiffs*

_____/s/_____
Jonathan S. Hershberg Esq.
*Attorneys for Defendant*

2